# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

GILBERTO ATANACIO, *et al.*                  :
                Plaintiffs,         :
                              :
                v.                  :          Civil No.:  5:25-cv-03910-JMG
                              :
CEMAKS INDUSTRIAL, INC., *et al.*            :
                Defendants.        :

_____

## ORDER

**AND NOW**, this  21ˢᵗ  day of October, 2025, upon consideration of Plaintiffs' Motion to Remand (ECF No. 13), CEMAKS Industrial, Inc.'s Memorandum of Law in Opposition to Plaintiffs' Motion to Remand (ECF No. 15), Defendant CEMAKS Industrial, Inc.'s Motion to Dismiss (ECF No. 8) and Plaintiff's Response in Opposition to Defendant, CEMAKS Industrial, Inc.'s Motion to Dismiss Plaintiffs' Complaint (ECF No. 14);

**IT IS HEREBY ORDERED** that Plaintiffs' Motion (ECF No. 13), is **GRANTED** and Plaintiffs' claims are **REMANDED** to the Philadelphia Court of Common Pleas.

**IT IS FURTHER ORDERED** that Defendant's Motion (ECF No. 8) is **DENIED AS MOOT**.

BY THE COURT:


*/s/ John M. Gallagher*_____
JOHN M. GALLAGHER
United States District Court Judge